

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
United States District Court
40 Foley Square, Room 415
New York, New York 10007

Date: January 28, 2025

     Re:   *The New York Times Company v. Health Resources & Services Administration*, 24 Civ. 1892 (VSB)

Dear Judge Broderick:

     The parties to the above-referenced Freedom of Information Act litigation commenced by plaintiff The New York Times Company ("Plaintiff") against defendant Health Resources and Services Administration ("HRSA"), a component of the U.S. Department of Health and Human Services, submit this joint status letter as proposed in the parties' May 23, 2024 letter to the Court (ECF No. 10).

     Since the parties' November 25, 2024 status report (ECF No. 15), on January 15, 2025, HRSA released non-exempt portions of ten attachments to previously-released e-mail records that Plaintiff had selected. HRSA has also agreed to exercise its discretion to withdraw some withholdings from a workbook that had been released to Plaintiff on November 15, 2024, and intends to release a revised version of the workbook to Plaintiff on or before February 14, 2025. Plaintiff has represented to counsel for HRSA that, within one week after receiving HRSA's revised record, it will determine whether it will voluntarily dismiss this matter pursuant to Fed. R. Civ. P. 41, or seek to challenge one or more aspects of HRSA's fulfillment of its obligations under FOIA. Accordingly, the Government respectfully requests that the parties be given leave to either file either a stipulation of voluntary dismissal, or file another status report outlining proposed next steps in this matter, on or before **February 28, 2025.**

     We thank the Court for its consideration of this letter.

Hon. Vernon S. Broderick  Page 2
January 27, 2025

                    Very truly yours,

                    DANIELLE R. SASSOON
                    United States Attorney

By:   */s/ Tomoko Onozawa*
       TOMOKO ONOZAWA
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel.: (212) 637-2721
       Fax: (212) 637-2686
       E-mail: tomoko.onozawa@usdoj.gov

cc:   **Via ECF**
      All Counsel of Record